WAYNE COUNTY BAR ASSOCIATION *v.* NAUMOFF.

[Cite as *Wayne Cty. Bar Assn. v. Naumoff* (1996), 74 Ohio St.3d 637.]

(No. 95–2179—Submitted December 6, 1995—Decided February 28, 1996.)

*Robert N. Gluck* and *G. Kenneth Barnard,* for relator.

*Timothy J. Truby,* for respondent.

---

*Per Curiam.* After reviewing the record, we adopt the board's findings and conclusions. However, we note that we publicly reprimanded respondent on October 16, 1991, for charging an excessive fee. We, therefore, impose an actual suspension of six months on respondent and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

DOUGLAS, J., dissenting. I would adopt the penalty as recommended by the board. Because the majority does not do so, I respectfully dissent.

RESNICK, J., concurs in the foregoing dissenting opinion.